United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARGUERITE DOMINGUEZ ON BEHALF OF AKRAM SAMEH TAWFIK ELSAYED ALY KHEDR,** | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00250** |
| **WARDEN, LASALLE COUNTY REGIONAL DETENTION CENTER, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Marguerite Dominguez on behalf of *pro se* Petitioner Akram Sameh Tawfik Elsayed Aly Khedr ("Petitioner"). (Dkt. 1).

Upon review of the current record before the Court, Intervenor is hereby **ORDERED** to submit an advisory addressing the following information on or before **May 11, 2026**:

- Whether Petitioner has an order of removal.
- Whether Petitioner remains subject to detention under 8 U.S.C. § 1226(a).
- Whether further action on Petitioner's asylum claim has occurred since Intervenor's advisory dated January 20, 2026. (*See* Dkt. 25.)
- Whether Petitioner is scheduled for any future immigration court hearings.

Additionally, Intervenor is hereby **ORDERED** to serve its response on Petitioner and Petitioner's next of friend via mail by any receipted means.

Finally, the Clerk of Court is **DIRECTED** to mail Petitioner and Petitioner's next of friend a copy of this Order and a copy of Docket No. 15 and 25 by any receipted means at the following addresses:

**Akram Sameh Tawfik Elsayed Aly Khedr**
**A#201-613-680**
**LaSalle County Regional Detention Center**
**832 E TX-44**
**Encinal, TX 78019**

**Marguerite Dominguez**
**5823 Hematite Rim**
**San Antonio, TX 78222**

IT IS SO ORDERED.

SIGNED this May 6, 2026.

Diana Saldaña
United States District Judge