United States District Court
Southern District of Texas
ENTERED
June 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARGUERITE DOMINGUEZ ON BEHALF OF AKRAM SAMEH TAWFIK ELSAYED ALY KHEDR,** | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00250** |
| **WARDEN, LASALLE COUNTY REGIONAL DETENTION CENTER, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

On June 24, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), and ordered Intervenor to provide Petitioner with a new individualized custody review before an immigration judge at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a risk of flight or a danger to the community within 7 days or else release Petitioner. (Dkt. 45 at 12.)

In the same Order, the Court also ordered Intervenor to submit an additional advisory **within 3 days of the issuance of the Order**, addressing whether it transferred Petitioner to a detention facility outside of the Southern District of Texas in violation of the Court's Order dated December 3, 2025, (Dkt. 6), prohibiting transfer outside of this Court's jurisdiction. (Dkt. 45 at 12–13.) More than three days have passed since the Court issued its Order, and Intervenor has failed to file an advisory.

Accordingly, Intervenor is hereby **ORDERED** to show cause and submit an advisory to the Court **on or before July 1, 2026,** addressing its failure to comply with the Court's June 24,

2026 Order, (Dkt. 45), in addition to addressing whether it transferred Petitioner to a detention facility outside of the Southern District of Texas in violation of the Court's Order dated December 3, 2025, (Dkt. 6), prohibiting transfer outside of this Court's jurisdiction. **Failure to comply with the Court's order may result in a hearing to show cause as to why sanctions should not be imposed.**

Finally, the Clerk of Court is **DIRECTED** to mail Petitioner and Petitioner's next of friend a copy of this Order by any receipted means at the following addresses:

**Akram Sameh Tawfik Elsayed Aly Khedr**
**A#201-613-680**
**South Texas ICE Processing Center**
**566 Veterans Dr. Pearsall, TX 78061**

**Marguerite Dominguez**
**5823 Hematite Rim**
**San Antonio, TX 78222**

IT IS SO ORDERED.

SIGNED this June 29, 2026.

Diana Saldaña
United States District Judge