United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARGUERITE DOMINGUEZ ON BEHALF OF AKRAM SAMEH TAWFIK ELSAYED ALY KHEDR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00250** |
| | § | |
| **WARDEN, LASALLE COUNTY REGIONAL DETENTION CENTER, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On June 24, 2026, the Court granted in part Petitioner Akram Khedr's Petition for Writ of Habeas Corpus, (Dkt. 1), and ordered the Government to provide Petitioner with a new individualized custody review before an Immigration Judge (IJ) at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a risk of flight or a danger to the community within 7 days or else release Petitioner. (Dkt. 45 at 12.) On July 7, 2026, the Government submitted an advisory to the Court indicating that Petitioner was given a bond hearing on July 1, 2026, as required by the Court's order, and the IJ granted Petitioner bond in the amount of $20,000 after placing the burden on the government. (Dkt. 48 at 1–2.) On July 17, 2026, Petitioner filed a Letter informing the Court that he had been released from custody after his family was able to post his bond. (Dkt. 49 at 1.) In the Letter, Petitioner also informed the Court that he was not provided with his Texas driver license at the time he was released from custody and requested that the Court issue an order directing the Government to return his license to him. (*Id.* at 2.)

Accordingly, the Government is hereby **ORDERED** to return any and all identification documents and personal belongings taken from Petitioner at the time of apprehension or during detention. The Government should file an advisory with the Court within **7 days** of the issuance of this Order confirming that arrangements have been made to provide Petitioner with any missing belongings.

Finally, the Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means at the following addresses:

**Akram Khedr**
**8 Foxcrest**
**Irvine, CA 92620**

IT IS SO ORDERED.

SIGNED this July 21, 2026.

Diana Saldaña
United States District Judge